UNITED STATES of America,
Plaintiff-Appellee

v.

Octavia Jermaine WINTERS, also
known as Jermaine Octavia Win-
ters, Defendant-Appellant

No. 16-60754

Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed November 17, 2017

Annette Williams, Gaines H. Cleveland,
Assistant U.S. Attorneys, U.S. Attorney's
Office, Southern District of Mississippi,
Gulfport, MS, for Plaintiff-Appellee

James L. Farrior, III, Esq., Biloxi, MS,
for Defendant-Appellant

Before DAVIS, CLEMENT, and
COSTA, Circuit Judges.

PER CURIAM: *

Octavia Jermaine Winters appeals his
120-month sentence of imprisonment im-
posed following his guilty plea conviction
for theft of a firearm from a licensed deal-
er. Winters argues that the Government
breached the terms of the plea agreement
wherein it agreed to recommend a sen-
tence in the lower 50% of the guidelines
range and to dismiss the remaining counts
in the indictment. He argues that the in-
clusion of relevant conduct to calculate his
guidelines range constituted a breach.
Winters further also challenges the calcu-
lation of his offense level and his criminal
history score. The Government moves to
dismiss the appeal or, alternatively, for
summary affirmance based on the appeal
waiver provision in Winters's plea agree-
ment.

Although "an alleged breach of a plea
agreement may be raised despite a waiver
provision," *United States v. Roberts*, 624
F.3d 241, 244 (5th Cir. 2010), our review of
the record shows that the Government did
not breach the plea agreement as its con-
duct was not clearly or obviously inconsis-
tent with a reasonable understanding of its
obligations, *see Puckett v. United States*,
556 U.S. 129, 133-38, 129 S.Ct. 1423, 173
L.Ed.2d 266 (2009); *United States v. Hino-
josa*, 749 F.3d 407, 411, 413 (5th Cir. 2014).

Accordingly, the Government's motion to
dismiss the appeal is GRANTED, and the
appeal is DISMISSED. The Government's
alternative motion for summary affirmance
is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.